# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACIE KEEFER, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:15-CV-2425 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | |
|     Defendant | : | |

## ORDER

**AND NOW, ON THIS 23RD DAY OF FEBRUARY, 2016**, upon consideration of the Plaintiff's notice of settlement, (Doc. 5), **IT IS HEREBY ORDERED THAT**:

1. The above-captioned action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days from the date of this Order, to reinstate the action if the settlement is not consummated.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**